

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2008

RECEIVED
FEB 01 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FAX**
Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: United States v. Manokhin & Derevianko
          07 Cr. 815 (HB)

Dear Judge Baer:

      The Government writes to respectfully request that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), from Friday, February 1, 2008, through Monday, April 7, 2008, in the interests of justice pursuant to the Speedy Trial Act. Time was previously excluded until January 14, 2008, for the parties to file and argue motions and for plea discussions. A trial date has been set for April 7, 2008.

      The Government and defense counsel for both defendants are currently engaging in plea negotiations. Accordingly, such an exclusion will enable the defendants to continue to have discussions with the Government regarding a possible disposition of this case without trial. In the event that there is no such resolution, such an exclusion will allow the defendants to prepare for trial. Accordingly, excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

Honorable Harold Baer, Jr.
January 31, 2008
Page 2

      I have left phone messages for counsel for both defendants regarding this request.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

               By:      MF/IL
                       Michael Farbiarz/Iris Lan
                       Assistant United States Attorneys
                       (212) 637-1587/2263

cc:

Joel Dranove, Esq. (Manokhin; by fax)
Robert Soloway, Esq. (Derevianko; by fax)

*[Handwritten note:]* We will adjourn to the PTC date of 2/7/08 @ 9:45 + discuss any and all open matters at that time

SO ORDERED: *[signature]*
Harold Baer, Jr., U.S.D.J.
Date: 2/5/08