UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

      v.                        :

VLADIMIR DEREVIANKO,             :

      Defendant.                :

- - - - - - - - - - - - - - - x

**ORDER**

S1 07 Cr. 815 (HB)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Michael H. Dolinger on March 10, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment S1 07 Cr. 815 (HB) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: ~~March~~ May 8, 2008

_____
The Honorable Harold Baer
United States District Judge