

**DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/12/08

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 8, 2008



RECEIVED
MAY 08 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY FAX**
Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

       Re: United States v. Derevianko
           S1 07 Cr. 815 (HB)

Dear Judge Baer:

    With regard to the above-captioned case, the Government respectfully moves to dismiss the underlying indictment in this case and any open counts (e.g., Count Two).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Michael Farbiarz/Iris Lan
Assistant United States Attorneys
(212) 637-1587/2263

cc: Attorney for Derevianko (by fax)

*[Handwritten annotation: "The underlying indictment in this case will be dismissed w/o objection & any other counts in the indictment which defendant has pled as well"]*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/12/08

TOTAL P.002

Endorsement:

   The underlying indictment in this case will be dismissed without objection and any open counts as well.